# The Law Office of Noor A. Saab, Esq.

380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel:** 718-740-5060 * **Fax:** 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

January 16, 2024

<u>**VIA ECF**</u>

Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Re:**    <u>**Kevin Yan Luis v. Pacific Distributors, LLC - Case No. 1:23-cv-09037-AS**</u>

To the Honorable Judge Arun Subramanian,

The Plaintiff submits this letter motion respectfully requesting an adjournment of the initial conference currently scheduled for January 18, 2024 pursuant to Your Honor's Order dated October 16, 2023 (Dkt. No. 4).  The Defendant's time to answer expired on January 12, 2024. Plaintiff has attempted to contact the Defendant via phone and two (2) emails to Defendant email address on subject website on January 11, 2024 and again on January 16, 2024.  To date, Plaintiff has not received any communication from the Defendant.  Plaintiff respectfully requests a thirty (30) day <u>adjournment of the initial conference, from January 18, 2024 to February 20, 2024 to give Plaintiff an opportunity to make contact with the Defendant or in the alternative, to file a motion for a default judgment</u>. This is the second time this relief is being requested as the first application was deemed untimely.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorneys for Plaintiff*

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 16, 2024