UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS,

                Plaintiff,

-against-

PACIFIC DISTRIBUTORS, LLC,

                Defendant.

23-cv-9037 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    This case was filed on October 13, 2024. Dkt. 1. A summons was returned executed on December 22, 2023. Dkt. 6. An answer was due January 12, 2024, but, at Plaintiff's request, the initial pretrial conference was adjourned so that Plaintiff's counsel could try to make contact with Defendant. Dkts. 7–9. To date, no counsel has appeared for Defendant, and Plaintiff has not indicated any success in contacting Defendant.

    By February 16, 2024, at 5:00 p.m., Plaintiff shall submit a letter informing the Court whether Plaintiff (1) has made contact with Defendant, (2) will seek a default judgment, or (3) will voluntarily dismiss his claims.

    SO ORDERED.

Dated: February 15, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge