UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS,

                                    Plaintiff,

              -against-

PACIFIC DISTRIBUTORS, LLC,

                                    Defendant.

23-cv-9037 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On February 21, the Clerk of Court issued the certificate of default in this case. Dkt. 17. By March 12, 2024, at 5:00 p.m., Plaintiff shall file for default judgment or propose another path forward in this case.

SO ORDERED.

Dated: March 5, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge