UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN YAN LUIS,<br><br>         Plaintiff,<br><br>  -against-<br><br>PACIFIC DISTRIBUTORS, LLC,<br><br>         Defendant. | 23-cv-9037 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Clerk of Court issued the certificate of default on February 21, 2024. Dkt. 17. On March 5, 2024, the Court ordered Plaintiff to file for default judgment or propose another path forward by March 12, 2024. Dkt. 18. Plaintiff has failed to do so. Plaintiff must file for default judgment by March 18, 2024, or **risk having this case dismissed for failure to prosecute and failure to follow court orders**. Fed. R. Civ. P. 41(b).

  SO ORDERED.

Dated: March 13, 2024
    New York, New York

                    _____
                      ARUN SUBRAMANIAN
                     United States District Judge