UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| KEVIN YAN LUIS, | Case No. 1:23-cv-09037-AS |
| Plaintiff, | |
| -against- | **MOTION FOR DEFAULT JUDGMENT** |
| PACIFIC DISTRIBUTORS, LLC, | |
| Defendant. | |

-------------------------------------------------------------X

    Plaintiff KEVIN YAN LUIS hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to, (A) enter default judgment in favor of plaintiff KEVIN YAN LUIS (the "Plaintiff") and against defendant PACIFIC DISTRIBUTORS, LLC (the "Defendant"), on the grounds that said Defendant failed to answer or otherwise defend against the complaint; and (B) Awarding the Plaintiff a money judgment in the amount of $6,227.00 as and for her compensatory damages and legal fees.

Dated:  Jerich, New York
        March 18, 2024

                                                                                           Respectfully submitted,

                                                                                       */s/ Noor A. Saab, Esq.*
                                                                                       Noor A. Saab, Esq.
                                                                                       The Law Office of Noor A. Saab
                                                                                       *Attorney for Plaintiff*
                                                                                       380 North Broadway, Penthouse West
                                                                                       Jericho, New York 11753
                                                                                       Email: NoorASaabLaw@Gmail.com

TO:    PACIFIC DISTRIBUTORS, LLC
          c/o Secretary of State
          1500 11th Street - 3rd Floor, Room 390
          Sacramento, CA 95814