UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KEVIN YAN LUIS,                                    Case No. 1:23-cv-09037-AS

                                Plaintiff,
              -against-                              **MOTION FOR
                                                    DEFAULT JUDGMENT**

PACIFIC DISTRIBUTORS, LLC,

                                Defendant.
------------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that the undersigned attorneys for Plaintiff, KEVIN YAN LUIS hereby move, at a date and time to be set by the Court, before the Honorable Judge Arun Subramanian,  at the Courthouse for the Southern District of New York, located at 500 Pearl Street, courtroom 15A, New York, New York 10007, for an Order granting Plaintiff's Motion for Default Judgment.

     **PLEASE TAKE FURTHER NOTICE**, that Plaintiff shall rely upon the accompanying Affirmation in Support of the Motion, and the accompanying Exhibits.

Dated:  Jerich, New York
       March 20, 2024

                                     Respectfully submitted,

                                     */s/ Noor A. Saab, Esq.*
                                     Noor A. Saab, Esq.
                                     The Law Office of Noor A. Saab
                                     *Attorney for Plaintiff*
                                     380 North Broadway, Penthouse West
                                     Jericho, New York 11753
                                     Email: NoorASaabLaw@Gmail.com

TO:    PACIFIC DISTRIBUTORS, LLC
        c/o Secretary of State
        1500 11th Street - 3rd Floor, Room 390
        Sacramento, CA 95814