UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS,

                Plaintiff,

-against-

PACIFIC DISTRIBUTORS, LLC,

                Defendant.

23-cv-9037 (AS)

<u>ORDER</u>

ARUN SUBRAMANIAN, United States District Judge:

    On March 13, 2024, after Plaintiff missed the Court's initial deadline to file for default judgment, the Court set a new deadline for March 18 and told Plaintiff that his claims would be dismissed if he missed that deadline. Dkt. 19. Plaintiff met the deadline, but the motion was noncompliant in several respects. Dkt. 21 (listing the deficiencies). The Court warned that "Plaintiff shall rectify these issues by March 20, 2024, at 5:00 p.m., **or this case will be dismissed for failure to prosecute and failure to follow court orders**." *Id.* (emphasis in original).

    On March 20, 2024, Plaintiff filed some additional materials, but largely did not comply with the Court's order. There is still no attorney affidavit. There is still no legal authority whatsoever. There is still no explanation for the damages or fee request. These shortcomings violate the local rules, this Court's individual practices, and this Court's prior orders in this case.

    The Court will provide Plaintiff one final opportunity to follow the Court's orders. On or before March 27, 2024, Plaintiff must file a motion that conforms with the Court's requirements. Because Plaintiff has repeatedly flouted the Court's orders, even after being specifically warned that the case would be dismissed if he continued to do so, this case will be dismissed without prejudice if a proper filing is not made. Fed. R. Civ. P. 41(b).

    The Clerk of Court is directed to close Dkts. 20 and 22.

SO ORDERED.

Dated: March 21, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge